# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Southern District*

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

December 1, 2021

**BY ECF AND EMAIL**

Honorable Lewis J. Liman
United States Circuit Judge
Southern District of New York
500 Pearl Street, Room 15C
New York, New York 10007

**REQUEST GRANTED.**
The Sentencing hearing previously set for December 15, 2021 is rescheduled to January 10, 2022 at 2:00PM in Courtroom 15C at the 500 Pearl Street Courthouse.

12/2/2021 SO ORDERED.

*[signature]*
LEWIS J. LIMAN
United States District Judge

Re: **United States v. Tony McNair**
    **20 Cr. 288 (LJL)**

Dear Judge Liman,

This letter is respectfully submitted on behalf of my client Tony McNair, to request an adjournment of his sentencing hearing, currently scheduled for December 15, 2021. I have spoken with Mathew Andrews, Esq. on behalf of the Government, and he consents to this application. I am seeking an adjournment to any time in early January, 2022.

The defense has made one prior requests for adjournment. My client has requested additional time to collect certificates from various training programs he has completed while incarcerated, and he would like an opportunity to draft a letter to the Court. Mr. McNair's sentencing memorandum would otherwise be due today, two weeks in advance of sentencing.

Respectfully submitted,

*[signature]*
Robert M. Baum
Assistant Federal Defender

SO ORDERED:

_____
**HONORABLE LEWIS J. LIMAN**
United States District Judge

cc: Mathew Andrews, Esq.,
    Assistant United States Attorney