UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                  :
:
-v-                              :      20-CR-00288-2 (LJL)
:
TONY MCNAIR,                               :      ORDER
:
Defendant.               :
:
---------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    Sentencing in this case is scheduled for tomorrow February 16, 2022. The parties should be prepared to discuss whether Mr. McNair should be considered to be a "career offender" under the Sentencing Guidelines.

    SO ORDERED.

Dated: February 15, 2022
        New York, New York

                                        LEWIS J. LIMAN
                                    United States District Judge