UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X
                                    :

UNITED STATES OF AMERICA,         :
                                      :

          -v-                    :          20-CR-288-2 (LJL)
                                      :

TONY MCNAIR,                   :               ORDER
                                      :

             Defendant.        :
                                      :
----------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court is in receipt of a letter from defendant Tony McNair, pro se.  The letter is attached hereto.  The letter has been forwarded to defendant's attorney, Robert Baum, along with an additional letter addressed to Mr. Baum.

      SO ORDERED.

Dated: March 30, 2022
      New York, New York                                   LEWIS J. LIMAN
                                                  United States District Judge

Tony Mc Nair 68704054    MARCh 1 2022
United states V. Tony Mc Nair
20 CR. 288 (LJL)


Dear Honorable Judge LEWiS J Liman

    I am Enclosing a notice of appeal
for my Sentencing being above my guidelines
& a copy/peplica of what i wrote my lawyer
because he claims to never get my letters or
calls this is why I am a little late applying.
Also your al need knowledge on the Process to
appeal i have no help. Thank You  your honor



                              Sincerly yours

                              Tony Mcnair

March 1, 2022

## Notice of Appeal

My Name is Tony Mc Nair Reg# 68704054,
I'm writing you today to let you know
that i'm trying to appeal my sentence being
that i was sentenced above my guidelines
which was 121 to 151 & was given 156. on
Febraury 16th 2022 i was sentenced in your court
Room your honorable Lewis J. Liman & Notified
My Lawyer Robert M. Baum Verbally that
I wanted to appeal my sentence & to Please
get in contact with me. I have'nt heard from
my defense attorney since my sentencing date
(Feb. 16th, 2022) Nor did i hear about my appeal,
So im writing you today to Verify or è submit
an appeal, i am currently housed in MDC
Brooklyn (SHU) è can't handle legal matters
fast due to my current Placement, I scheduled
Numerous calls to get in touch with my
lawyer to no avail.

Respectfully Submitted

Tony McNair